### 9792. LITTLEFIELD v. THE STATE.

HARWELL, J. The evidence amply authorized the defendant's conviction of having and possessing intoxicating liquors, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*
DECIDED NOVEMBER 1, 1918.

Indictment for possession of intoxicating liquor; from Whitfield superior court—Judge Tarver. April 10, 1918.

*W. E. Mann, Glenn & House,* for plaintiff in error.

*Joseph M. Lang, solicitor-general,* contra.